FILED
2023 May-03 PM 02:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/GAM: May 2023

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **RAY LA VONDIE WILLIAMS** | ) |

## INFORMATION

The United States Attorney charges:

### Introduction

At all times material to this Information:

1. Steelworkers, AFL-CIO LU 09-2140-S, was a labor organization located in Jefferson County, Alabama, that was engaged in an industry affecting interstate commerce and was subject to the Labor Management Reporting and Disclosure Act of 1959, 29 United States Code, Section 401, et. seq. It represented approximately 220 members who worked at U.S. Pipe Foundry Products in Birmingham, Alabama. Members of the union paid dues of 1.3% of their wages per week via payroll deduction.

2. Defendant **RAY LA VONDIE WILLIAMS** served as the Financial Secretary of Steelworkers, AFL-CIO LU 09-2140-S. He was responsible for all receipts and disbursements of union funds, keeping accurate records of the union's

account, and truthfully reporting the union's financial activity to the Department of Labor.

## Count One
## Embezzlement and Theft of Labor Union Assets
## Title 29, United States Code, Section 501(c)

3. The factual allegations of paragraphs 1 and 2 of this Information are realleged as though fully set forth herein.

4. From on or about August 16, 2016, and continuing to on or about July 12, 2021, the exact dates being unknown, within Jefferson County in the Northern District of Alabama, and elsewhere, defendant

**RAY LA VONDIE WILLIAMS,**

while an officer of Steelworkers, AFL-CIO LU 09-2140-S, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $68,325.00.

All in violation of Title 29, United States Code, Section 501(c).

PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
George A. Martin, Jr.
Assistant United States Attorney